IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                        :        CASE NO.  92-11053
JOANNE HOPKINS                                         CHAPTER 13
WILLIAM W. HOPKINS

                                              :        JUDGE JEFFERY P. HOPKINS

        DEBTOR(S)


                                              :        **WITHDRAWAL OF TRUSTEE'S RESPONSE TO
                                                       MOTION FOR PAYMENT OF UNCLAIMED
                                                       FUNDS**


        Comes now the Chapter 13 Trustee, Margaret A. Burks, to withdraw her
Response (Doc. 26) to the Motion (Doc. 25) of Brian Dilks, as the Amended
Motion for Withdrawal of Unclaimed Funds (Doc. 29) resolves the issues
addressed by the prior Motion.

                                Respectfully submitted,

                        /s/    Margaret A. Burks, Esq.
                               Margaret A. Burks, Esq.
                               Chapter 13 Trustee
                               Attorney Reg. No. OH 0030377

                               Francis J. DiCesare, Esq.
                               Staff Attorney
                               Attorney Reg. No. OH 0038798

                               Guinevere D. O'Shea, Esq.
                               Staff Attorney
                               Attorney Reg No. OH 0086523

                               600 Vine Street, Suite 2200
                               Cincinnati, OH  45202
                               513-621-4488
                               513 621-2643 (facsimile)
                               mburks@cinn13.org   Correspondence only
                               fdicesare@cinn13.org
                               goshea@cinn13.org

CERTIFICATE OF SERVICE

        I hereby certify that on month date February 3, 2013 a copy of the
foregoing Withdrawal Response to Motion for Payment of Unclaimed Funds was
served on the following registered ECF participants, electronically through
the Court's ECF System at the e-mail address registered with the Court:

U.S. Trustee
36 East Seventh Street
Suite 2030
Cincinnati, Ohio 45202


and on the following by ordinary U.S. Mail addressed to:

Joanne Hopkins
William W. Hopkins
3272 Lapland Dr.
Cincinnati, Ohio 45239

Geoffrey W. Pittman, Esq.
810 Sycamore St.
Fourth Floor
Cincinnati, Ohio 45202-2181

Dilks & Knopik, LLC
Attn: Brian J. Dilks
35308 SE Center St.
Snoqualmie, WA 98065


                              /s/   Margaret A. Burks, Esq.
                                    Margaret A. Burks, Esq.